IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| SIERRA CLUB; WEST VIRGINIA HIGHLANDS CONSERVANCY, INC.; and WEST VIRGINIA RIVERS COALITION, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:24-cv-00130 |
| v. | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) ) | DEFENDANTS' RESPONSE TO WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION'S |
| Defendants. | ) ) | MOTION TO INTERVENE |

Defendants United States Environmental Protection Agency, *et al.,* do not oppose the relief requested by the West Virginia Department of Environmental Protection that it be granted leave to intervene.

TODD KIM
Assistant Attorney General

*/s/ David Kaplan*
David J. Kaplan
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-0997
david.kaplan@usdoj.gov

WILLIAM S. THOMPSON
United States Attorney

Jennifer M. Mankins
Assistant United States Attorney
W.V. State Bar No. 9959
United States Attorney's Office

300 Virginia Street, East, Room 4000
Charleston, WV 25301
Phone: 304.345.2200
Fax: 304.347.5443
Email: jennifer.mankins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2024, I filed the foregoing pleading with Clerk of the Court using the CM/ECF system which will cause a copy to be served upon counsel of record.

<u>/s/ David Kaplan</u>
David Kaplan