IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SIERRA CLUB;
WEST VIRGINIA HIGHLANDS CONSERVANCY, INC., and
WEST VIRGINIA RIVERS COALITION, INC,

          Plaintiffs,

v.                                      CIVIL ACTION NO. 3:24-0130

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY;
MICHAEL S. REGAN, Administrator,
United States Environmental Protection Agency; and
ADAM ORTIZ, Regional Administrator,
United States Environmental Protection Agency, Region III,

          Defendants.

**ORDER**

In light of the Notice of Withdrawal of Motion to Intervene (ECF No. 24), the Court **DENIES AS MOOT** the Motion to Intervene by Roger Hanshaw, on behalf of the West Virginia House of Delegates, and Craig Blair, on behalf of the West Virginia State. ECF No. 14.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

          ENTER:      June 17, 2024

          ROBERT C. CHAMBERS
          UNITED STATES DISTRICT JUDGE