UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

SIERRA CLUB, et al.,

    Plaintiffs,

v.                            CIVIL ACTION NO.: 3:24-cv-00130

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    Defendants.

## CLERK'S ORDER

Due to the retirement of Magistrate Judge Cheryl A. Eifert, the above-styled action is referred to Magistrate Judge Joseph K. Reeder for discovery disputes.

Copies of this Order shall be forwarded by the Clerk to counsel of record and any unrepresented party.

DATED:  September 3, 2024

_____
RORY L. PERRY II, Clerk of Court