## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

**SIERRA CLUB; WEST VIRGINIA**
**HIGHLANDS CONSERVANCY, INC.; and**
**WEST VIRGINIA RIVERS COALITION, INC.;**

    Plaintiffs,

v.                                      CIVIL ACTION NO. 3:24-cv-00130

**UNITED STATES ENVIRONMENTAL**
**PROTECTION AGENCY; MICHAEL S.**
**REGAN, Administrator, United States**
**Environmental Protection Agency; and**
**ADAM ORTIZ, Regional Administrator,**
**United States Environmental Protection**
**Agency, Region III,**

    Defendants.

## NOTICE OF APPEAL

    Notice is hereby given that the West Virginia Coal Association's ("WVCA"), by and through counsel, pursuant to 28 U.S.C. § 1291, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final Order of the Honorable Robert C. Chambers entered in this action on the 1st day of August, 2024 (Doc. No. 30).

                                                    Respectfully submitted,

                                                    WEST VIRGINIA COAL ASSOCIATION
                                                    By Counsel

/s/ *Christopher M. Hunter*
CHRISTOPHER M. HUNTER (WVBN 9768)
JACKSON KELLY PLLC
P.O. Box 553
Charleston, West Virginia 25322
Telephone: (304) 340-1000
Counsel for Appellants.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**SIERRA CLUB; WEST VIRGINIA**
**HIGHLANDS CONSERVANCY, INC.; and**
**WEST VIRGINIA RIVERS COALITION, INC.;**

    **Plaintiffs,**

v.                                                    **CIVIL ACTION NO. 3:24-cv-00130**

**UNITED STATES ENVIRONMENTAL**
**PROTECTION AGENCY; MICHAEL S.**
**REGAN, Administrator, United States**
**Environmental Protection Agency; and**
**ADAM ORTIZ, Regional Administrator,**
**United States Environmental Protection**
**Agency, Region III,**

    **Defendants.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September 2024, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will cause a copy to be served upon counsel of record.

                                                    /s/ *Christopher M. Hunter*_____
                                                    Christopher M. Hunter (WVBN 9768)